UNITED STATES of America,
Plaintiff–Appellee,

v.

Juan Rosario PEREZ, a.k.a. Rosario Perez, a.k.a. Elio Almendarez–Munguia, Defendant–Appellant.

No. 07–12237
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 15, 2008.

Charles L. Truncale, P.A., Jacksonville, FL, for Defendant–Appellant.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Before EDMONDSON, Chief Judge, BIRCH and DUBINA, Circuit Judges.

PER CURIAM:

Charles L. Truncale, Esq., appointed counsel for Juan Rosario Perez, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsel's assessment of the relative merit of the appeal is correct. Independent examination of the entire record reveals no arguable issues of merit, therefore, counsel's motion to withdraw is **GRANTED,** and Perez's conviction and sentence are **AFFIRMED.**